# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TERRACE JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> ARAMARK UNIFORM SERVICES, LLC AND ARAMARK UNIFORM & CAREER APPAREL, LLC, <br><br> Defendants. | Case No. 1:21-cv-4961 <br><br> Honorable Edmond E. Chang <br><br> Magistrate Judge Jeffrey Cole |

## NOTICE OF SETTLEMENT

The parties give notice they have reached an agreement in principle to settle this matter and respectfully request the Court stay all deadlines, including Defendants' responsive pleading deadline currently set for November 11, 2021 and joint status report deadline currently set for November 12, 2021, and adjourning the tracking status hearing scheduled for November 19, 2021. The parties are working diligently to prepare and finalize a settlement agreement and issue settlement payments, and anticipate being in a position to file a stipulation of dismissal within 45 days, on or before, December 26, 2021.

Dated: November 11, 2021

| | |
|---|---|
| */s/ Antonio L. Jeffrey* | */s/ Stephanie L. Sweitzer* |
| JEFFREY & ERWIN, LLP | Stephanie L. Sweitzer |
| Antonio L. Jeffrey (#6308345) | Danielle A. Maldonado |
| 105 W. Madison St., #901 | MORGAN, LEWIS & BOCKIUS LLP |
| Chicago, Illinois 60602 | 110 N. Wacker Drive, Suite 2800 |
| (312) 583-7072 | Chicago, IL  60606 |
| (312) 583-0888 (fax) | (312) 324-1000 |
| ajeffrey@jeffrey-erwin.com | (312) 324-1001 |
| | stephanie.sweitzer@morganlewis.com |
| | danielle.maldonado@morganlewis.com |
| | |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I certify that on November 11, 2021 the foregoing was served via ECF upon all counsel of record.

                                                                             */s/ Stephanie L. Sweitzer*
                                                                             Stephanie L. Sweitzer